# EXHIBIT A



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## THE KROGER CO.

### MAILING ADDRESS:

The Kroger Co.
1014 Vine St
Cincinnati, OH 45202

### PHONE NUMBER:

513 752 4000



**IMAGE:**
SweetYellowOnions001_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002025939



Contact: licensing@adlife.com

November 06, 2019