**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00137-PAB-SKC

ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.,

      Plaintiff,

v.

THE KROGER CO.,

      Defendant.

---

**ENTRY OF APPEARANCE**

---

      COMES NOW, Michael T. McConnell of the Law Firm McConnell Van Pelt, LLC,

hereby enters his appearance on behalf of Richard P. Liebowitz.

      Respectfully submitted this 9th day of June, 2020.

                           */s/ Michal T. McConnell*
                           Michael T. McConnell
                           McCONNELL VAN PELT, LLC
                           4700 South Syracuse Street, Suite 200
                           Denver, Colorado 80237
                           Telephone No.:  (303) 480-0400
                           Facsimile No.:    (303) 458-9520
                           Email:  mike@mvp-legal.com

                           ATTORNEYS FOR RICHARD LIEBOWITZ

<u>**CERTIFICATE OF SERVICE (CM/ECF)**</u>

I HEREBY CERTIFY that on this 9th day of June, 2020, the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@liebowitzlawfirm.com
*Attorneys for Plaintiff*

Joseph C. Gratz
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
jgratz@durietangri.com
*Attorneys for Defendant*

*/s/ Lindsay Gonzales*
Lindsay Gonzales, Legal Assistant