UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.,

                Plaintiff,

- against -

KROGER CO., INC.

                Defendant.

Case No. 1:20-cv-137 (PAB-SKC)

# **NOTICE OF ATTORNEY SANCTION**

In compliance with the order of Magistrate Judge N. Reid Neureiter, dated May 11, 2020 [Dkt. #51] (the "Sanctions Order") in the matter of *Mondragon v. Nosrak, LLC et al.*, 19-cv-1437 (CMA-NRN), I hereby attach a true and correct copy of the Sanctions Order as <u>Exhibit A</u>.

                Respectfully submitted,

                LIEBOWITZ LAW FIRM, PLLC

                **<u>/richardliebowitz/</u>**
                Richard Liebowitz, Esq.
                11 Sunrise Plaza, Ste. 305
                Valley Stream, NY 11580
                (516) 233-1660
                RL@LiebowitzLawFirm.com

                *Counsel for Plaintiff*