**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Adlife Marketing & Communications Company, Inc.,

            Plaintiff,

         -against-               Docket No: 1:20-cv-00137-LTB

The Kroger Co.,

            Defendant.

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Adlife Marketing & Communications Company, Inc..

Dated: June 29, 2020

                                              **BARSHAY SANDERS, PLLC**

                                              By:   /s *Craig B. Sanders*
                                              Craig B. Sanders
                                              100 Garden City Plaza, Suite 500
                                              Garden City, New York 11530
                                              Tel. (516) 203-7600
                                              Email: *ConsumerRights@BarshaySanders.com*
                                              Our File No: 119548
                                              *Attorneys for Plaintiff*