IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE KROGER CO., <br><br> Defendant. | Case No. 1:20-cv-00137-PAB-SKC <br><br> JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Adlife Marketing & Communications Company, Inc. and Defendant The Kroger Co., by and through their respective undersigned counsel, that pursuant to a confidential settlement agreement, all claims in the above-captioned action are hereby dismissed with prejudice according to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/Joel B. Rothman*  <br> Joel B. Rothman <br> E-mail: joel.rothman@sriplaw.com <br> **SRIPLAW** <br> 21301 Powerline Road <br> Suite 100 <br> Boca Raton, FL 33433 <br> Telephone: (561) 404-4350 <br><br> *Attorneys for Plaintiff* <br> *Adlife Marketing & Communications* <br> *Company, Inc.* | */s/ Joseph C. Gratz*  <br> Joseph C. Gratz <br> Email: jgratz@durietangri.com <br> **DURIE TANGRI LLP** <br> 217 Leidesdorff Street <br> San Francisco, CA 94111 <br> Telephone: 415-236-6300 <br><br> *Attorneys for Defendant* <br> *The Kroger Co.* |